ARTHUR A. PELOSO AND MARILYN PELOSO, PLAINTIFFS-APPELLANTS, v. HARTFORD FIRE INSURANCE COMPANY, A CONNECTICUT CORPORATION, AND SOPHIE STEIN SCHILLER, DEFENDANTS-RESPONDENTS.

Superior Court of New Jersey
Appellate Division

Argued May 5, 1969—Decided May 14, 1969.

Before Judge GAULKIN, COLLESTER and LABRECQUE.

*Mr. Sam Weiss* argued the cause for appellants.

*Mr. William B. McGuire* argued the cause for respondent Hartford Fire Insurance Company (*Messrs. Lum, Biunno & Tompkins,* attorneys; *Mr. William J. McGee,* on the brief).

PER CURIAM. Plaintiffs appeal from the entry of summary judgment dismissing their suit to recover against the defendant for a fire loss.

The judgment of the Law Division is affirmed, substantially for the reasons set forth in the opinion of Judge Mehler reported at 102 *N. J. Super.* 357 (*Law Div.* 1968). See also *Staehle v. American Employers Ins. Co.,* 103 *N. J. Super.* 152 (*App. Div.* 1968).